PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*MGM Grand Hotel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INGA HAKAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02097-JCM-NJK<br><br>**MOTION FOR LEAVE TO WITHDRAW ATTORNEY KYLE J. HOYT FROM CASE** |

Defendant, by and through its counsel Jackson Lewis P.C., hereby requests leave of the Court to remove attorney Kyle J. Hoyt as counsel of record from the above captioned case and the Court's docket. Defendant will continue to be represented by its attorneys of record, Paul T. Trimmer and Lynne K. McChrystal of Jackson Lewis, P.C.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Hoyt's withdrawal will not cause any additional delay in the action.

DATED this 22nd day of March, 2023.

                JACKSON LEWIS P.C.

                */s/ Lynne K. McChrystal*
                PAUL T. TRIMMER, ESQ.
                Nevada Bar No. 9291
                LYNNE K. MCCHRYSTAL, ESQ.
                Nevada Bar No. 14739
                300 S. Fourth Street, Suite 900
                Las Vegas, Nevada 89101

                *Attorneys for Defendant*
                *MGM Grand Hotel, LLC*

IT IS SO ORDERED.
Dated:  March 23, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

JACKSON LEWIS P.C
LAS VEGAS

2